

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Mark Mandel, Appellant

No. 06-23-00062-CV        v.

Aaron Paul Cooper, et al., Appellees

Appeal from the 79th District Court of Jim Wells County, Texas (Tr. Ct. No. 20-12-60798-CV).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.  Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Mark Mandel, pay all costs incurred by reason of this appeal.

RENDERED FEBRUARY 23, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk